# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

| | |
|---|---|
| CINDY KOEHLER, | |
| Plaintiff, | CASE NO: 1:11-cv-00042-EJM |
| v. | NOTICE OF VOLUNTARY DISMISSAL |
| TAKHAR COLLECTION SERVICES, LTD, | |
| Defendant. | |

## NOTICE OF VOLUNTARY DISMISSAL

CINDY KOEHLER (Plaintiff), by her attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with without prejudice, TAKHAR COLLECTION SERVICES, LTD (Defendant), in this case.

Both sides to bear their own costs and expenses.

RESPECTFULLY SUBMITTED,

By:/s/ J.D.Haas_____
J.D. Haas, Esq.
jdhaas@jdhaas.com
Attorneys for Plaintiff,
CINDY KOEHLER

1